**Aaron Burnell JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34852.**

Missouri Court of Appeals,
Western District.

Jan. 17, 1984.

James W. Fletcher, Public Defender, Kansas City, Gary L. Gardner, Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, William K. Haas, Asst. Atty. Gen., for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and TURNAGE, C.J.

ORDER

PER CURIAM.

Appeal from denial of a motion to vacate, set aside or correct judgment and sentence in the Circuit Court of Jackson County.

Affirmed. Rule 84.16(b).